IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DWAYNE NYRON PUNCH,<br><br>Defendant. | CR-25-10-BU-DLC<br><br>FINDINGS AND RECOMMENDATIONS CONCERNING PLEA |

The Defendant, by consent, has appeared before the undersigned pursuant to Fed. R. Crim. P. 11 and has entered a plea of guilty to the charge of conspiracy to distribute and possess with intent to distribute fentanyl, in violation of 21 U.S.C. §§ 846; 851 (Count 1); possession with intent to distribute fentanyl, in violation of 21 U.S.C. §§ 841(a)(1); 851 and 18 U.S.C. § 2 (Count 2); and conspiracy to commit money laundering in violation of 18 U.S.C. § 1956(h) (Count 3) as set forth in the Superseding Indictment. Defendant further agrees to the forfeiture allegation in the Superseding Indictment. After examining the Defendant under oath, I have made the following determinations:

1

1.  That the Defendant is fully competent and capable of entering an informed and voluntary plea to the criminal offense charged, and an informed and voluntary admission to the allegation of forfeiture;

2.  That the Defendant is aware of the nature of the charge against him and consequences of pleading guilty to the charge,

3.  That the Defendant understands the allegation of forfeiture and the consequence of admitting to the allegation;

4.  That the Defendant fully understands his constitutional rights, and the extent to which he is waiving those rights by pleading guilty to the criminal offense charged against him, and admitting to the allegation of forfeiture;

5.  That both his plea of guilty to the criminal offense charged against him and his admission to the allegation of forfeiture are knowingly and voluntarily entered, and are both supported by independent factual grounds sufficient to prove each of the essential elements of the criminal offense charged and the legal basis for the forfeiture.

Therefore, I recommend that the Defendant be adjudged guilty of the offenses charged against him (Counts 1, 2, and 3) in the Superseding Indictment, and that sentence be imposed. I further recommend that the agreed forfeiture be imposed against Defendant. A presentence report has been ordered.

2

**This report is forwarded with the recommendation that the Court defer a decision regarding acceptance until the Court has reviewed the presentence report**.

DATED this 2nd day of February, 2026.

Kathleen L. DeSoto
United States Magistrate Judge